**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

GREGORY SCOTT SOURBEER,      :    No. 143 MM 2016
                 :
         Petitioner       :
                 :
                 :
         v.              :
                 :
                 :
DENNIS E. REINAKER,          :
                 :
         Respondent     :

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of December, 2016, the Petition for Writ of Mandamus is **DISMISSED**. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (providing that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filing to counsel of record.